# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MILTON WILSON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 23-2708** |
| **DR. JOSE HAM, ET AL.** | **SECTION: "B" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Milton Wilson's 42 U.S.C. § 1983 claims against the defendants Dr. Jose Ham, Warden Daniel Fleischman, and Sheriff Randy Smith, each in their official and individual capacities, and defendant Dr. Samuel Gore, in his official capacity only, be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915A and as applicable, 42 U.S.C. § 1997e, as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Wilson's § 1983 claim for reimbursement of funds be **DISMISSED WITH PREJUDICE** pursuant to § 1915(e) and § 1915A as frivolous and otherwise for failure to state a claim for which relief can be granted, and further that the Court declines to exercise supplemental jurisdiction over his potential state law claim for reimbursement of funds which is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Wilson's § 1983 claims of medical indifference against Dr. Samuel Gore in his individual capacity be allowed to proceed and remain referred to the Magistrate Judge for further pretrial proceedings.

New Orleans, Louisiana, this 11th day of March, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE

Clerk to NEF: Magistrate Judge Currault