UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MILTON WILSON**                                              **CIVIL ACTION**

**VERSUS**                                                     **NO. 23-2708**

**JOSE HAM ET AL**                                             **SECTION "B"(2)**

### ORDER AND REASONS

Before the Court is defendant Samuel Gore's ex parte/consent motion to expedite consideration and submission (Rec. Doc. 70) of Gore's motion to amend/correct his motion for summary judgment and adopt exhibits inadvertently not uploaded at the time of filing Rec. Doc. 67 (Rec. Doc. 69). Additionally, before the Court is plaintiff's response in opposition to defendant Gore's ex parte/consent motion to expediate consideration and submission of defendant Gore's motion to amend/correct (Rec. Doc. 72). For the following reasons,

**IT IS ORDERED** that defendant Gore's ex parte/consent motion to expedite consideration and submission (Rec. Doc. 70) is **GRANTED.**

**IT FURTHER ORDERED** that defendant Gore's motion to amend/correct his motion for summary judgment and adopt exhibits inadvertently not uploaded at the time of filing Rec. Doc. 67 (Rec. Doc. 69) be **GRANTED**, in accordance with this Order.

**IT IS FURTHER ORDERED** that the submission date for the defendant Gore's motion for summary judgment (Rec. Doc. 67) will now be set for March 5, 2025. Plaintiff shall have until February 27, 2025 to file an opposition, if any, to defendant's summary judgment motion.[1]

This is a *pro se* and *in forma pauperis* 42 U.S.C. § 1983 claim filed by plaintiff Milton Wilson ("**Wilson**"). *See* Rec. Doc. 3. Challenging his medical care and conditions of his

---

[1] Parties are warned against waiting to assert rights under the FRCP, especially those related to seeking discovery through all available means including deposition of Dr. Gore in a timely fashion per the rules.

confinement, plaintiff Wilson filed this complaint against the St Tammany Parish Jail Warden Daniel Fleischman, St. Tammany Parish Sheriff Randy Smith, and Dr. Jose Ham, each in their official capacities. *Id.* Subsequent to the initial filings, through an amended complaint, plaintiff Wilson added Dr. Samuel Gore to his complaint. Rec. Doc. 22.

Wilson alleges that prior to his arrest and confinement, he tested positive for asbestosis. *Id.* at 2 ¶IV. Further, upon his arrest on October 25, 2021, he claims to have made a "screening nurse" aware of his medical conditions, including COPD, asbestosis, hypertension, and asthma. Rec. Doc. 9 at 1 ¶ 2. Despite numerous requests for asbestosis treatment during his imprisonment, Wilson alleges he was never treated. *Id.* Rather, Wilson alleges he was erroneously charged for medical visits for which he never saw a doctor, let alone received treatment. Rec. Doc. 3 at 3 ¶1. Further, a nurse practitioner saw him in June 2022, and while tests and x-rays were ordered for his condition, they were not completed. Rec. Doc. 3 at 3. He claims that throughout his confinement, he has been denied medical treatment for a serious condition, asbestosis. *See* Rec. Doc. 3.

Defendant Dr. Samuel Gore now moves for summary judgment. *See* Rec. Doc. 67. Additionally, defendant Gore has filed an ex parte/consent motion to expedite consideration and submission of Rec. Doc. 69, (Rec. Doc. 70), Gore's motion to amend/correct his motion for summary judgment (Rec. Doc. 67) and adopt exhibits inadvertently not uploaded at the time of filing (Rec. Doc. 69).

Defendant's motion for summary judgment (Rec. Doc. 67) is set for submission on February 19, 2025. Due to defendants so called "clerical error" two exhibits were omitted from his original motion filing (Rec. Doc. 67): exhibit one—the Declaration of Dr. Samuel Gore made Pursuant to 28 U.S.C. §1746 (Rec. Doc. 69-2) and exhibit two—the deposition of Milton Wilson (Rec. Doc. 69-3). Both exhibits shall be filed into the record in the above-captioned matter, as

support of and exhibit to defendant's motion for summary judgment (Rec. Doc. 67). The deposition of Dr. Gore that set for February 13, 2025 should proceed as scheduled.

New Orleans, Louisiana, this 12th day of February, 2025

                                            SENIOR UNITED STATES DISTRICT JUDGE